# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA
_____

Case No. 5D23-580
LT Case No. 2014-CF-6344
_____

KYREE L. PEREZ,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

_____

On appeal from the Circuit Court for Duval County.
R. Anthony Salem, Judge.

Kyree L. Perez, Chipley, pro se.

Ashely Moody, Attorney General, and Julian E. Markham, Assistant Attorney General, Tallahassee, for Appellee.


August 15, 2023


PER CURIAM.

   AFFIRMED.


MAKAR, WALLIS, and HARRIS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____